## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INGA L. PARSONS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civ. No. 14-1265 (JEB) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL ELECTION COMMISSION, | ) | [PROPOSED] ORDER |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

Upon consideration of the Federal Election Commission's Unopposed Motion to Dismiss and accompanying Statement of Points and Authorities, it is hereby ORDERED that the Motion is GRANTED and this case is dismissed.

 

Honorable James E. Boasberg
United States District Judge